# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 6, 2023

Before
DIANE S. SYKES, *Chief Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| | |
|---|---|
| Nos. 23-2510 & 23-2511 | ENERGY TRANSFER LP,<br>Petitioner<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, Environmental Protection Agency,<br>Respondents |
| **Originating Case Information:** | |
| Agency Case No: EPA-HQ-OAR-2021-0668<br>Environmental Protection Administration | |

The following are before the court:

1. **RESPONDENT EPA'S MOTION TO DISMISS OR TRANSFER PETITIONS FOR IMPROPER VENUE**, filed on September 6, 2023, by counsel for the respondents.

2. **ENERGY TRANSFER'S RESPONSE IN OPPOSITION TO EPA'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE**, filed on September 12, 2023, by counsel for the petitioner.

3. **ENERGY TRANSFER'S RESPONSE IN OPPOSITION TO EPA'S MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE**, filed on September 12, 2023, by counsel for the petitioner.

4.  **RESPONDENTS' REPLY IN SUPPORT OF MOTION TO DISMISS OR TRANSFER PETITION FOR IMPROPER VENUE**, filed on September 29, 2023, by counsel for the respondents.

**IT IS ORDERED** that the motion to transfer is **GRANTED**. The clerk of this court shall **TRANSFER** the petitions, pursuant to 42 U.S.C. § 7607(b)(1), to the United States Court of Appeals for the District of Columbia Circuit. The clerk shall transmit a copy of all materials filed in this appeal, including the pending motions for stay and a copy of this order, to the United States Court of Appeals for the District of Columbia Circuit.

form name: **c7_Order_3J**   (form ID: **177**)